No. 00–5824.   COOPER ET AL. *v.* WHITE ET AL.   C. A. 8th Cir. Certiorari denied.

No. 00–5825.   CODDINGTON *v.* MAKEL, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 00–5827.   MORA *v.* CHICAGO TRIBUNE CO.   C. A. 7th Cir. Certiorari denied.

No. 00–5829.   BOLES *v.* TUCKER.   C. A. 5th Cir.   Certiorari denied.

No. 00–5833.   DAVIS *v.* NUSBAUM ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 00–5836.   HESS *v.* KIRBY, JUDGE, COURT OF APPEAL OF LOUISIANA, FOURTH CIRCUIT, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 00–5838.   HEADRICK *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Certiorari denied.

No. 00–5841.   HALPIN *v.* BEDNAR, JUDGE, FIRST JUDICIAL DISTRICT, LEAVENWORTH COUNTY, KANSAS.   Sup. Ct. Kan.   Certiorari denied.

No. 00–5842.   LEWIS *v.* MARSHALL COUNTY CORRECTIONAL CENTER.   C. A. 5th Cir.   Certiorari denied.

No. 00–5847.   ATKINS *v.* TESSMER, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 00–5848.   TERRENCE, AKA SANFORD *v.* SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY.   C. A. 2d Cir. Certiorari denied.

No. 00–5849.   WHITFIELD *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Certiorari denied.

No. 00–5855.   CARTER *v.* SNYDER, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS.   C. A. 7th Cir.   Certiorari denied.